■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DONALD W. BYRD, Appellant. [755 NYS2d 914] —Appeal from a judgment of Niagara County Court (Sperrazza, J.), entered August 16, 2001, convicting defendant upon his plea of guilty of attempted possession of a forged instrument in the first degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Pigott, Jr., P.J., Pine, Hurlbutt, Lawton and Hayes, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN STITT, Appellant. [755 NYS2d 915] —Appeal from a judgment of Supreme Court, Erie County (Rossetti, J.), entered February 9, 2001, convicting defendant upon his plea of guilty of burglary in the third degree (three counts).

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Pigott, Jr., P.J., Pine, Hurlbutt, Lawton and Hayes, JJ.